### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| MCNEWS PRODUCE, CO., a Texas Corporation § § § | |
| v. § § § | Case No. 2:18-CV-348 |
| HEART OF TEXAS PRODUCE, INC., a Texas Corporation; and HAROLD RAY KNIGHT, an Individual § § § | |

### DEFAULT JUDGMENT

Upon motion of Plaintiff, **NcNews Produce, Co.**, ("Plaintiff" or" **"McNews"**), the declaration of Plaintiff's attorneys and the exhibits annexed thereto, the Clerk's Certificate of Default and the supporting brief demonstrating that Heard of Texas Produce, Inc., a Texas Corporation ("HOT") and Harold Ray Knight ("Knight"; HOT and Knight collectively, "Defendants") failed to plead or otherwise defend this action; Defendants, jointly and severally, owe Plaintiff a debt in the principal amount of **$81,363.60**, plus prejudgment interest in the amount of **$17,493.19** together with attorneys' fees accrued through July 9, 2019, in the amount of **$8,950.09**, for a total debt in the amount of **$107,806.88**, Defendants are not infants or incompetent persons; and there is no just reason for delay of entry of final judgment against Defendants, it is hereby:

**ORDERED** that judgment is hereby entered, in favor of **McNews Produce, Co.** and against Defendants, Heart of Texas Produce, Inc., a Texas Corporation, and Harold Ray Knight, jointly and severally, under the trust provisions of the Perishable Agricultural Commodities Act, 7 U.S.C. §499e(c)(4) in the principal amount of **$81,363.60**, plus prejudgment interest in the amount of **$17,493.19** together with attorneys' fees accrued through July 9, 2019, in the amount of **$8,950.09**, for a total debt in the amount of **$107,806.88**; and it is further

ORDERED that the total amount of the judgment here rendered will bear interest as provided by 28 U.S.C. § 1961 from the date of judgment until paid.

This is a final judgment. The Clerk is directed to close this civil action.

**So Ordered this**

**Sep 16, 2019**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE